# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ONEIDA CONSUMER, LLC, et al.,**

    **Plaintiff,**

                                     **Case No. 1:20-cv-322**

**v.**                            **JUDGE DOUGLAS R. COLE**

**ELYSE FOX,**

    **Defendant.**

## ORDER

The Court, upon a review of the record, notes that the above-styled case was erroneously filed in the Western Division of the Southern District of Ohio at Cincinnati.

Pursuant to Local Rule 82.1, the Court **TRANSFERS** this case from the docket of the Honorable Douglas R. Cole to the Office of the Clerk for reassignment to the Eastern Division of the Southern District of Ohio at Columbus.

**SO ORDERED.**

April 23, 2020
**DATE**

                                                  **DOUGLAS R. COLE**
                                                  **UNITED STATES DISTRICT JUDGE**