IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Oneida Consumer, LLC, *et al.*,

        Plaintiffs,

   v.

Elyse Fox,

        Defendant.

Case No: 2:20-cv-2043

Judge Graham

## Order

This case came before the Court for a telephone conference on July 24, 2020. Pursuant to the Court's instructions in the conference, the parties will confer and exchange proposed discovery requests and submit a joint proposed discovery schedule to the Court. The Court will deny plaintiff's motion for a preliminary injunction for reasons that will be fully explained in a separate opinion and order to follow.

The Court will conduct another telephone conference on July 31, 2020 at 11:00 a.m. and anticipates discussing a briefing schedule and setting a date for a hearing on the merits of plaintiff's request for a permanent injunction.

IT IS SO ORDERED.

                                      s/ James L. Graham
                                      JAMES L. GRAHAM
                                      United States District Judge

DATE: July 24, 2020