# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ONEIDA CONSUMER, LLC, *et al.*, | ) | CASE NO. 2:20-cv-2043 |
| Plaintiffs, | ) ) ) | JUDGE JAMES L. GRAHAM |
| v. | ) ) ) | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| ELYSE FOX, | ) ) | |
| Defendant. | ) | |

## JOINT PROPOSED DISCOVERY SCHEDULE

Pursuant to the Court's Order of July 24, 2020 (Dkt. 30), the parties submit the following joint proposed discovery schedule:

**Friday, August 21, 2020.** Deadline for document requests and interrogatories to be issued by each party.

**Monday, September 21, 2020.** Deadline for responses to document requests and interrogatories, and deadline for each party to disclose identities of individuals likely to have discoverable information. Parties shall also exchange witness lists on this day. The witness list need not identify rebuttal witnesses called solely to rebut the testimony of other witnesses.

**Monday, October 5, 2020.** Parties may begin depositions and possible site inspections.

**Friday, October 23, 2020.** Discovery closes.

**Hearing to be set any time after November 9, 2020 consistent with the Court's docket, and taking into consideration other federal trials scheduled on counsels' calendars.** Parties shall exchange hearing exhibits ten (10) days prior to the start of the hearing.

Respectfully submitted,

/s/ Robert G. Schuler  (per email authorization)

Robert G. Schuler      (0039258)
Trial Attorney

Robert G. Cohen      (0041707)
Jeffrey J. Nein      (0089415)
KEGLER BROWN HILL + RITTER CO. LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400; Fax: (614) 464-2634
Email: rschuler@keglerbrown.com
Email: rcohen@keglerbrown.com
Email: jnein@keglerbrown.com

*Attorneys for Defendant Elyse Fox*


 /s/ Jesse Jenike-Godshalk_____
Jesse Jenike-Godshalk     (0087964)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202
Phone:  513-352-6702
Fax:    513-241-4771
Email: jesse.godshalk@thompsonhine.com

*Attorney for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, I electronically filed the foregoing document with the Court using the CM/ECF system. Notice of this filing will be sent to all parties via the Court's system. Parties may access this filing through the Court's system.

*/s/ Jesse Jenike-Godshalk*
Jesse Jenike-Godshalk