IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Oneida Consumer, LLC, *et al.*,

        Plaintiffs,

   v.

Elyse Fox,

        Defendant.

Case No: 2:20-cv-2043

Judge Graham

## Supplemental Order

    The court issued an order on August 14, 2020 narrowing the scope of discovery. In addition to the discovery allowed under that order, the parties may continue to conduct discovery into the source of defendant's current inventory of flatware.

                                                    s/ James L. Graham
                                                    JAMES L. GRAHAM
                                                    United States District Judge

DATE: August 17, 2020