# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ONEIDA CONSUMER, LLC, *et al.,* | : | |
| Plaintiffs, | : | CASE NO. 2:20-cv-2043-JLG |
| v. | : | JUDGE GRAHAM |
| ELYSE FOX d/b/a FINEST FLATWARE, | : | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| Defendant. | : | |

## DEFENDANT ELYSE FOX D/B/A FINEST FLATWARE'S IDENTIFICATION OF THIRD PARTY ENTITIES FROM WHOM SHE INTENDS TO PURSUE DISCOVERY

Pursuant to this Court's September 25, 2020 Order, Defendant Elyse Fox d/b/a Finest Flatware hereby submits the following list of third party entities from whom she intends to pursue discovery:

1. Crown Brands LLC dba Oneida Hospitality Group
   300 Knightsbridge Pkwy., Suite 400
   Lincolnshire, IL  60069

2. Replacements, Ltd.
   1089 Knox Road
   McLeansville, NC 27301-9228

3. The Wasserstrom Company
   4500 E. Broad Street
   Columbus, OH  43213

Respectfully submitted,

/s/ Robert G. Schuler
Robert G. Schuler          (0039258)
Robert G. Cohen            (0041707)
Jeffrey J. Nein            (0089415)
KEGLER, BROWN, HILL + RITTER CO., L.P.A.
65 East State Street, Suite 1800
Columbus, Ohio  43215
PH:  614-462-5400; Fax:  614-464-2634

        rschuler@keglerbrown.com
        rcohen@keglerbrown.com
        jnein@keglerbrown.com

Counsel for Defendant
Elyse Fox d/b/a Finest Flatware

Robert E. Zaytoun       (NC Bar #6942)
Matthew D. Ballew     (NC Bar #39515)
John R. Taylor          (NC Bar #43248)
ZAYTOUN, BALLEW & TAYLOR, PLLC
3130 Fairhill Drive, Suite 100
Raleigh, NC 27612
PH:  919-832-6690; Fax:  919-831-4793
rzaytoun@zaytounlaw.com
mballew@zaytounlaw.com
jtaylor@zaytounlaw.com

Co-Counsel for Defendant
Elyse Fox d/b/a Finest Flatware
Admitted Pro Hac 06/09/2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was filed and served via the Court's electronic filing system upon all counsel of record on this 28th day of September, 2020.

        /s/ Robert G. Schuler
        Robert G. Schuler