IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ONEIDA CONSUMER, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ELYSE FOX, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:20-cv-2043 <br><br> JUDGE JAMES L. GRAHAM <br><br> MAGISTRATE JUDGE <br> ELIZABETH PRESTON <br> DEAVERS |

**PLAINTIFFS' DISCLOSURE OF INDIVIDUALS LIKELY TO POSSESS DISCOVERABLE INFORMATION**

Pursuant to the Court's Order dated July 31, 2020 (Dkt. 34), Plaintiffs Oneida Consumer, LLC, Anchor Hocking, LLC, and The Oneida Group, Inc. ("Oneida") submit the following disclosure of the identities of individuals known to Oneida who are likely to possess discoverable information:

1. Mark Eichhorn
2. Jamie Decker
3. Claudia Bianco
4. Bert Felice
5. Jamie Keller
6. Molly Krile
7. Stacie Wyrick
8. Jim Walsh
9. Elyse Fox
10. Laureen M. Montalbano

11. The "former employee of Oneida" described in paragraph 56 of Defendant Elyse Fox's ("Defendant") June 24, 2020 affidavit (Dkt. 22-1)

12. Any workers or employees of Defendant's flatware business, including Defendant's husband, son, daughter, and son-in-law (*see* Dkt. 22 at 5 & n.2)

13. Any individual disclosed or identified by Defendant in her witness list or in her disclosure of individuals likely to have discoverable information, including any expert witnesses

Dated: September 21, 2020                     Respectfully submitted,

*/s/ Jesse Jenike-Godshalk*
Marla R. Butler (*pro hac vice*)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Phone: 404-407-3680
Fax: 404-541-2905
Email: Marla.Butler@ThompsonHine.com

Jesse Jenike-Godshalk (0087964)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 352-6702
Fax: (513) 241-4771
Email: Jesse.Godshalk@ThompsonHine.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I served the foregoing on the following via email:

Robert G. Schuler
Robert G. Cohen
Jeffrey J. Nein
65 East State Street, Suite 1800
Columbus, Ohio 43215

Robert E. Zaytoun
Matthew D. Ballew
John R. Taylor
3130 Fairhill Drive, Suite 100
Raleigh, North Carolina 27612

*/s/ Jesse Jenike-Godshalk*
Counsel