# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ONEIDA CONSUMER, LLC** *et al.*,

    **Plaintiff,**

                              Case No. 2:20-cv-2043

    vs.                           Judge James L. Graham

                              Chief Magistrate Judge Elizabeth P. Deavers

**ELYSE FOX,**

    **Defendant.**

## ORDER

    This case is settled.  Counsel for Defendant will circulate a proposed Settlement Agreement setting out the terms the Court and the parties negotiated during the settlement conferences conducted on October 22, 26 and 27, 2020.  The parties are **DIRECTED** to file a joint **STATUS REPORT** on **NOVEMBER 30, 2020** describing the status, but not the substance of the settlement agreement unless they have filed an appropriate entry of dismissal before that date.

    **IT IS SO ORDERED.**


**DATED:  October 28, 2020**                  /s/ *Elizabeth A. Preston Deavers*
                                                **ELIZABETH A. PRESTON DEAVERS**
                                                **CHIEF UNITED STATES MAGISTRATE JUDGE**