# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| ONEIDA CONSUMER, LLC, *et al.*, | CASE NO. 2:20-cv-2043 |
| Plaintiffs, | JUDGE JAMES L. GRAHAM |
| v. | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| ELYSE FOX, |  |
| Defendant. |  |

## JOINT STATUS REPORT

The Parties hereby notify the Court that on November 30, 2020, the Parties entered into a written Settlement Agreement resolving all claims in the pending litigation. Pursuant to the Settlement Agreement, a dismissal entry will be filed within the next 40 days.

Respectfully submitted,

/s/ Robert G. Schuler
Robert G. Schuler      (0039258)
Trial Attorney
Robert G. Cohen        (0041707)
Jeffrey J. Nein        (0089415)
KEGLER BROWN HILL + RITTER CO.
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400; Fax: (614) 464-2634
Email: rschule0keglerbrown.com
Email: rcohenAkeglerbrown.com
Email: ineinAkeglerbrown.com

*Attorneys for Defendant Elyse Fox*

/s/ Jesse Jenike-Godshalk
Jesse Jenike-Godshalk    (0087964)
Trial Attorney
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax:    513-241-4771
Email: jesse.godshalk@thompsonhine.com

*Attorney for Plaintiffs*