# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ONEIDA CONSUMER, LLC, *et al.*, | CASE NO. 2:20-cv-2043 |
| Plaintiffs, | JUDGE JAMES L. GRAHAM |
| v. | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| ELYSE FOX, | |
| Defendant. | |

## STIPULATED DISMISSAL WITH PREJUDICE

This case having been resolved, all claims are hereby dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with prejudice.

Respectfully submitted,

/s/ Robert G. Schuler
Robert G. Schuler     (0039258)
Trial Attorney
Robert G. Cohen     (0041707)
Jeffrey J. Nein     (0089415)
KEGLER BROWN HILL + RITTER CO.
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400; Fax: (614) 464-2634
Email: rschule0keglerbrown.com
Email: rcohenAkeglerbrown.com
Email: ineinAkeglerbrown.com

*Attorneys for Defendant Elyse Fox*

/s/ Jesse Jenike-Godshalk
Jesse Jenike-Godshalk     (0087964)
Trial Attorney
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax:    513-241-4771
Email: jesse.godshalk@thompsonhine.com

*Attorney for Plaintiffs*